# United States District Court
## For The Western District of North Carolina
## Charlotte Division

James William Gaston ,

                Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                     3:09-cv-00469-RJC

USA,

                Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/25/2012 Order.

                                Signed: June 25, 2012

                                Frank G. Johns, Clerk
                                United States District Court